■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO N. MUNOZ, Appellant. [722 NYS2d 439] —Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered October 8, 1999, convicting defendant upon his plea of guilty of the crime of attempted criminal possession of a controlled substance in the third degree.

Defendant pleaded guilty to the crime of attempted criminal possession of a controlled substance in the third degree and was sentenced as a second felony offender to an indeterminate term of 3½ to 7 years in prison. Defendant appeals, contending that his prison sentence is harsh and excessive. We disagree. In light of defendant's extensive criminal history and the fact that he was sentenced in accordance with the plea agreement, we conclude that the sentence imposed was neither harsh nor excessive and should not be disturbed (*see, People v Williams*, 238 AD2d 633, *lv denied* 90 NY2d 866).

Mercure, J. P., Crew III, Peters, Mugglin and Rose, JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSIE DAVIS, JR., Appellant. [722 NYS2d 439] —Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered November 19, 1999, convicting defendant upon his plea of guilty of the crime of robbery in the second degree.

Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. Defendant entered a knowing, voluntary and intelligent plea of guilty to the crime of robbery in the second degree and was sentenced as a second felony offender—in accordance with the plea agreement—to a determinate prison term of seven years, with five years of postrelease supervision. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650; *cf., People v Stokes*, 95 NY2d 633).

Crew III, J. P., Peters, Spain, Rose and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.